IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:16-CV-0062-BR

Terry Lynn Butler,

               Plaintiff,

v.

Margaret Ann Ballard,

               Defendant.

**Order**

Before the court are three motions filed by pro se Plaintiff, Terry Lynn Ballard. Plaintiff's first motion seeks receipt of notices of electronic filings ("NEF"). D.E. 38. The motion is GRANTED. Within ten (10) days of the date of this order, Plaintiff shall advise the court, in writing, of the email address at which he wishes to receive notices of electronic filings.

Plaintiff has also filed a motion for the court to provide free electronic copies. D.E. 39. The motion is GRANTED IN PART. Once identified by Plaintiff and received by the Clerk's Office, Plaintiff's preferred email address shall be registered to receive e-noticing for this case. After Plaintiff's email address is registered with the court's PACER system, he will receive notices of electronic filings when a document or pleading is filed. Upon filing a submission, the notice of electronic filing will allow a registered user one "free look" at filing, after which the user must pay PACER fees to view the filing again. Accordingly, once registered, Plaintiff will have the opportunity to receive a free electronic copy of future filings.

Plaintiff also filed a motion for a continuance. D.E. 40. The motion seeks additional time to file a reply to Defendant's motion to dismiss. D.E. Plaintiff avers that he was impacted by the recent wildfires in Tennessee which impeded his ability to file a timely reply to the motion. For

good faith shown, the motion is GRANTED. Plaintiff may file a reply to the motion to dismiss within 30 days of the date of this Order.

Dated:  January 6, 2017

_Robert T Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge