IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:16-CV-00062-BR

**Terry Lynn Butler**,

        Plaintiff,

v.

**Margaret Ann Ballard**,

        Defendant.

**Order**

    Before the Court is a pleading captioned "Notice(s) Re: Mail/Delay" filed by Plaintiff Terry Lynn Butler. D.E. 48. Butler seeks clarification of the deadline set in the Court's January 6, 2017 Order resolving various motions in this case. The Court will not calculate deadlines for Butler, but will direct him to Rule 6 of the Federal Rules of Civil Procedure which provides, in part:

> (a) Computing Time. The following rules apply in computing any time period specified in these rules, in any local rule or court order, or in any statute that does not specify a method of computing time.
>
>     (1) Period Stated in Days or a Longer Unit. When the period is stated in days or a longer unit of time:
>
>         (A) exclude the day of the event that triggers the period;
>
>         (B) count every day, including intermediate Saturdays, Sundays, and legal holidays; and
>
>         (C) include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

Butler should review the rule in its entirety for additional details. A copy of the current Rules of Civil Procedure may be found at http://www.uscourts.gov/sites/default/files/rules-of-civil-

procedure.pdf. In light of Butler's confusion regarding the deadline and the fact that he is proceeding pro se, the court will extend the deadline for Butler to serve his reply to Defendant's Motion to Dismiss till February 17, 2017.

The court also notes that Butler is addressing the Clerk of Court in his correspondence by her first name. This level of informality is inappropriate and fails to demonstrate the appropriate level of respect to this Court and its officers. In the future, if Butler corresponds with the Clerk of Court, he shall address her as Madam Clerk or Clerk Johnston.

For the reason set out above, it is Ordered that Butler shall have until February 17, 2017, to serve his reply to Defendant's Motion to Dismiss. Barring exceptional circumstances, it is unlikely any additional extensions of time will be granted.

Dated: February 7, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge