UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

NORTHERN DIVISION

| | |
|---|---|
| TERRY LYNN BUTLER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET ANN BALLARD,<br>　　　　Defendant. | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 2:16-CV-62-BR** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that For the reasons stated within the order, defendant's motion to dismiss, (DE # 27), is GRANTED. Plaintiff's request for leave to amend the complaint, (DE # 36), is DENIED. The Clerk is DIRECTED to enter judgment in favor of defendant and close this case.

**This Judgment Filed and Entered on August 2, 2017, and Copies to:**

Terry Lynn Butler (via US Mail to P.O. Box 4252, Cleveland, TN 37320)

L. Phillip Hornthal, III (via CM/ECF Notice of Electronic Filing)

M.H. Hood Ellis (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>August 2, 2017 | PETER A. MOORE, JR., CLERK<br><br>*Susan K. Edwards*<br>_____<br>(By) Susan K. Edwards, Deputy Clerk |